FILED
ASHEVILLE, NC

JUN 0 4 2008

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 2:08cr21 |
| | ) | |
| | ) | **BILL OF INDICTMENT** |
| vs. | ) | |
| | ) | Violation: |
| | ) |    18 U.S.C. § 2111 |
| 1) CHIARETTA JOAN OWLE | ) |    18 U.S.C. § 1201 |
| 2) MICHAEL OWLE, | ) |    18 U.S.C. § 113 |
| 3) ANTHONY LEE REED, | ) |    18 U.S.C. § 924 |
|         Defendants. | ) |    18 U.S.C. § 1153 |
| | ) |    18 U.S.C. § 2 |

THE GRAND JURY CHARGES:

COUNT ONE

On or about the 26th day of May, 2008, in Jackson County, in Indian country, that is, within the boundaries of the Eastern Band of Cherokee Indian reservation, and within the Western District of North Carolina, the defendants

        1) CHIARETTA JOAN OWLE
        2) MICHAEL OWLE, and
        3) ANTHONY LEE REED

all Indians, by force, violence, and intimidation, did knowingly attempt to take from the person and presence of another a thing of value, and did aid and abet each other in so doing, in violation of Title 18, United States Code, Sections 2111, 1153, and 2.

## COUNT TWO

On or about the 26th day of May, 2008, in Jackson County, in Indian country, that is, within the boundaries of the Eastern Band of Cherokee Indian reservation, and within the Western District of North Carolina, the defendants

1) CHIARETTA JOAN OWLE
2) MICHAEL OWLE, and
3) ANTHONY LEE REED

all Indians, did unlawfully seize, confine, inveigle, decoy, kidnap, and did hold said person for ransom, reward, and otherwise, and did aid and abet each other in so doing, in violation of Title 18, United States Code, Sections 1201, 1153, and 2.

## COUNT THREE

On or about the 26th day of May, 2008, in Jackson County, in Indian country, that is, within the boundaries of the Eastern Band of Cherokee Indian reservation, and within the Western District of North Carolina, the defendants

1) CHIARETTA JOAN OWLE
2) MICHAEL OWLE, and
3) ANTHONY LEE REED

all Indians, did knowingly assault another with a dangerous weapon, that being a firearm, with intent to do bodily harm, and did aid and abet each other in so doing, in violation of Title 18, United States Code, Sections 113(a)(3), 1153, and 2.

## COUNT FOUR

On or about the 26th day of May, 2008, in Jackson County, in Indian country, that is,

within the boundaries of the Eastern Band of Cherokee Indian reservation, and within the Western District of North Carolina, the defendants

      1) CHIARETTA JOAN OWLE
      2) MICHAEL OWLE, and
      3) ANTHONY LEE REED

all Indians, did knowingly assault another resulting in serious bodily injury, and did aid and abet each other in so doing, in violation of Title 18, United States Code, Sections 113(a)(6), 1153, and 2.

## COUNT FIVE

On or about the 26th day of May, 2008, in Jackson County, and within the Western District of North Carolina, the defendant

      2) MICHAEL OWLE,

during and in relation to a crime of violence, namely robbery, for which he may be prosecuted in a court of the United States, did knowingly, willfully, and unlawfully use and carry a firearm, and, in the furtherance of such crime of violence, did possess, brandish and discharge said firearm, in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

## COUNT SIX

On or about the 26th day of May, 2008, in Jackson County, and within the Western District of North Carolina, the defendant

      3) ANTHONY LEE REED

during and in relation to a crime of violence, namely robbery, for which he may be prosecuted in a court of the United States, did knowingly, willfully, and unlawfully use and carry a firearm, and, in the furtherance of such crime of violence, did possess and brandish said firearm, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

A TRUE BILL

GRAND JURY FOREMAN

GRETCHEN C. F. SHAPPERT
UNITED STATES ATTORNEY

*[signature]*

DON GAST
ASSISTANT UNITED STATES ATTORNEY

Page 4 of 4

Case 2:08-cr-00021-MR   Document 6   Filed 06/04/08   Page 4 of 4