AO 442 (Rev. 12/85) Warrant for Arrest
=================================================================================

# United States District Court

WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA
v.

CHIARETTA JOAN OWLE, ET. AL.

**WARRANT FOR ARREST**

CASE NUMBER: 2:08CR 21-2

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___2)Michael Owle___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice

[ ] Probation Violation Petition

charging him or her with  brief description of offense  did knowingly attempt to take from the person of another thing of value, and did aid and abet each other; did unlawfully seize, confine, inveigle, decoy, kidnap, and did hold said person for ransom, reward, and otherwise, and did aid and abet each other; did knowingly assault another with a dangerous weapon, that being a firearm, with intent to do bodily harm, and did aid and abet each other; did knowingly assault another resulting in serious bodily injury, and did aid and abet each other; during in relation to a crime of violence, namely robbery, did possess, brandish, and discharge said firearm.

in violation of Title __18__ United States Code, Section(s) 2111, 1153, 2, 1201, 113(a)(3), 113(a)(6), 924(c)(1)(A)(iii)

FRANK G. JOHNS
Name of Issuing Officer

*Phyllis Freeman*
Signature of Issuing Officer

US CLERK
Title of Issuing Officer

6/4/2008    ASHEVILLE, NC
Date and Location

Bail fixed at $___DETAIN___ by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant _____. | | |
| DATE RECEIVED | NAME & TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |