| TO: (Sender - See Return Address)<br><br>United States District Court<br>Office Of the Clerk<br>Asheville, NC 28801 | FROM: (Institution)<br><br>United States Penitentiary Hazelton<br>Post Office Box 450<br>Bruceton Mills, WV 26525-0450 | |
|---|---|---|
| INMATES NAME: Michael Owle | REGISTER NUMBER: 22298-058 | DATE: 06-01-2011 |

## Material Returned

| | | | | | |
|---|---|---|---|---|---|
| | Postage Stamps/Items with postage affixed –<br>Postage Stamps are controlled items which must be purchased by the individual from the commissary within the facility. | | Body Hair –<br>Body hair is not specifically authorized by policy, and accordingly, inmates are not allowed to receive such items through the mail. | | Sexually explicit photos –<br>Sexually explicit photos which may be personal in nature pose a security threat within our institutions. |
| | Electronic Music Devices-<br>Electronic musical devices such as those found in greeting cards cannot be thoroughly inspected without damaging or destroying the item; they also pose a threat to the security of the institution. | | Padded Cards –<br>Padded cards cannot be thoroughly inspected without damaging or destroying the item and must be returned to the sender. | | Excess Photos –<br>Local policy limits the number of photos received in any one mailing to a maximum of 25 photos and Bureau policy limits the number of photos an inmate may possess to a maximum of 25. |
| | Stationary Supplies –<br>Items such as envelopes, blank or multiple greeting cards, writing paper, and other items cannot be received without prior authorization. | | Stickers –<br>These items are not authorized for possession within Bureau facilities. | | Double Faced Photos –<br>Photos of this type cannot be thoroughly inspected without damaging or destroying the item and must be returned to sender. |
| | Hardcover Publications –<br>Hardcover books cannot be properly inspected without damaging the publication. As a security concern policy only allows for hardcover publications received directly from a bookstore, publisher or book club. | | Publication not from Publisher/Bookstore –<br>Low, Medium and high security facilities require publications such as soft cover books, magazines and newspapers be received directly from a bookstore, publisher or book club. | | Outdated Magazines –<br>In an effort to minimize fire, sanitation and safety risks, this institution restricts the dates of magazines/periodicals to those no more than 3 months outside the published date of print. |
| | Excess Books/Magazines –<br>Policy limits the number of publications received in any one mailing to a maximum of 5 publications. | | Games –<br>Games are items provided by the Recreation Department and all items of property such as these must be approved in advance of mailing. | X | PSI/Statement of Reasons –<br>Policy does not allow inmates to maintain copies of their PSI or Statement of Reasons. Copies of these documents are available for their review upon request. |
| | Legal Documents of other persons –<br>As a safety and security concern, Policy does not allow inmates to maintain copies of other inmates' legal documents. | | Other –<br>Described below | | |

Other: <u>Unable to search card</u>

---

The correspondence enclosed with your mailing has been forwarded to the inmate.

| Printed or Typed Name of Staff Rejecting Material | Written Signature of Staff rejecting material |
|---|---|
| Terry O'Brien, Warden | *[signature]* Terry O'Brien |

Record Copy - Addressee (with material); Copy - Inmate; Copy - Mail Room File; Copy - Central File.
(This form may be replicated via WP)                    Replaces BP-328(58) of JAN 91

United States Penitentiary Hazelton
P.O. Box 450
Bruceton Mills, WV 26525
Attn: Mailroom



United States District Court
Office of the Clerk
Asheville, NC 28801
100 OTIS ST.
ASHEVILLE NC 28801

RECEIVED
ASHEVILLE, N.C.
JUL 12 2011
U.S. District Court
Western District of N.C.